NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-30020 |
| Plaintiff - Appellee, | D.C. No. 2:05-cr-00133-LRS |
| v. | |
| KEEGAN C. VAN TUYL, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Lonny R. Suko, Chief Judge, Presiding

Submitted October 19, 2010[**]

Before:    O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

Keegan C. Van Tuyl appeals from the sentence imposed upon revocation of

supervised release.  We have jurisdiction under 28 U.S.C. § 1291.  We affirm in

part, vacate in part, and remand.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Van Tuyl's sole contention is that the supervised release condition prohibiting association with Neo-Nazi/white supremacist affiliates is unconstitutionally overbroad. The government agrees that the judgment should be changed to explicitly reflect that the condition prohibits association with *known* neo-Nazi/white supremacist affiliates. Under these circumstances, we vacate the challenged condition and remand for the district court to re-sentence in a manner consistent with this opinion. *See, e.g, United States v. Ross*, 476 F.3d 719 (9th Cir. 2007). The sentence is affirmed in all other respects.

**VACATED in part; AFFIRMED in part; and REMANDED.**